# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 30, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2501 | STATE OF WISCONSIN,<br>Plaintiff - Appellee<br><br>v.<br><br>JOHN D. JOHNSON, SR., et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 3:26-cv-00401-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

Upon consideration of the **UNOPPOSED MOTION FOR A FIRST EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**, filed on July 30, 2026, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The brief and required short appendix of the appellants are due by September 30, 2026.

2. The brief of the appellee is due by October 30, 2026.

3. The reply brief of the appellants, if any, is due by November 20, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC** (form ID: **178**)